REPUBLIC ACCEPTANCE CORPORATION *v.* WOLF.

This case is controlled by *Republic Acceptance Corp.* v. *Bennett, ante,* 249.

Error to Wayne; Des Voignes (L. Burget), J., presiding. Submitted June 7, 1922. (Docket No. 27.) Decided October 2, 1922.

Assumpsit by the Republic Acceptance Corporation against Fred C. Wolf and another, copartners as Wolf Auto Sales Company, on certain contracts of guaranty. Judgment for plaintiff. Defendants bring error. Reversed.

*William R. McCredie,* for appellants.

*Beaumont, Smith & Harris,* for appellee.

BIRD, J.    This suit was instituted by plaintiff to recover moneys due on a certain contract which it claimed defendants were obligated to pay.    The defense was interposed that plaintiff was a foreign corporation doing business in this State without having complied with the provisions of 2 Comp. Laws 1915, § 9063 *et seq.*, and, therefore, was not qualified to maintain the action.    It was conceded that plaintiff was a foreign corporation and that it had not been domesticated in this State.    It is contended that the character of the business conducted by plaintiff in this State was such that it was unnecessary to comply with said provisions.    Whether this contention ought to prevail is the question submitted to this court.

In another case, *Republic Acceptance Corp.* v. *Bennett, ante,* 249, recently decided by this court, the same question was discussed and decided adversely to plaintiff's contention.    This case must follow and be ruled by the opinion of Mr. Justice SHARPE in that case.

The judgment is reversed, with costs of this court to defendants.

FELLOWS, C. J., and WIEST, McDONALD, CLARK, SHARPE, MOORE, and STEERE, JJ., concurred.